# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MICHAEL S. KENNEDY

NO. 2024 KW 0886

**NOVEMBER 18, 2024**

---

In Re:    Michael S. Kennedy, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-19-06045.

---

**BEFORE:    THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT GRANTED.** The district court is ordered to proceed toward disposition of relator's application for post conviction relief, filed February 15, 2024, if it has not already done so.

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT